UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GULF ENERGY EXPLORATION CORP.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1549** |
| **MELVIN COLLINS, III AND BEDROCK CONSULTANTS, LLC** | **SECTION B(2)** |

### ORDER GRANTING PERMANENT INJUNCTION

The Court, having reviewed the Stipulation of Partial Dismissal by Plaintiff, Gulf Energy Exploration Corporation and Defendants Melvin Collins, III and Bedrock Consultants, LLC finds as follows:

1. Plaintiff will suffer immediate and irreparable injury, loss, or damage if Defendants disclose confidential and proprietary information and trade secrets of Plaintiff and/or if Defendants continue to represent that they are authorized to act in a representative capacity on behalf of Plaintiff with regard to development of Plaintiff's oil and gas prospects.

2. The injuries are irreparable because the confidential and proprietary information and trade secrets of Plaintiff which are being disclosed to third parties and competitors of Plaintiff by Defendants without permission or authorization will cause Plaintiff to sustain the loss of business opportunities which cannot be adequately

1

compensated by monetary damages.

For these reasons, the Court orders:

1. That Defendants, Melvin Collins, III and Bedrock Consultants, LLC, their officers, agents, servants, employees, and attorneys and all persons acting in concert with them, are permanently enjoined from possessing, transmitting, or disclosing any proprietary or confidential information or trade secrets of Gulf Energy Exploration Corporation.

2. That defendants, Melvin Collins, III and Bedrock Consultants, LLC, their officers, agents, servants, employees, and attorneys and all persons acting in concert with them are permanently enjoined from representing that they have any authority to act on behalf of or in a representative capacity of Plaintiff.

3. The Defendants, Melvin Collins, III and Bedrock Consultants, LLC, their officers, agents, servants, employees, and attorneys, and all persons acting in concert with them, are ordered to immediately return to Plaintiff all originals and copies of any and all proprietary and confidential information and trade secrets, including, but not limited to, the following documents and information related to Plaintiff's drilling prospects: maps, seismic data, geological and/or

      geophysical data, plats, reserve data, reserve estimates, etc.

4. Defendants Melvin Collins, III and Bedrock Consultants, LLC, their officers, agents, servants, employees and attorneys, and all persons acting in concert with them are permanently enjoined from entering into, or attempting to enter into, any confidentiality agreements or area of mutual interest agreements related to the development of any properties and/or prospects of Plaintiff.

New Orleans, Louisiana this 23th day of April, 2008.

                                      UNITED STATES DISTRICT JUDGE