UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GULF ENERGY EXPLORATION CORP. | * * | CIVIL ACTION NO. 08-1549 |
| Plaintiff | * * | SECTION "B" |
| VERSUS | * * | MAG. (2) |
| MELVIN COLLINS, III and BEDROCK CONSULTANTS, L.L.C. | * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PARTIAL DISMISSAL WITHOUT PREJUDICE

The motion for partial dismissal without prejudice of Gulf Energy Exploration Corp. ("Gulf Energy") considered:

IT IS HEREBY ORDERED, that, with the exception of plaintiff's claim for injunctive relief, the remaining claims of plaintiff are hereby dismissed without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____5th____ day of May, 2008.

_____
UNITED STATES DISTRICT J U D G E